Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi L. Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Nationstar Mortgage LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH J. PONTHIEUX; CHRIS DUENAS and MARIA DUENAS,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; AZTEC FORECLOSURE CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:18-cv-0608 JAM DB PS<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** |

Plaintiffs Keith J. Ponthieux; Chris Duenas and Maria Duenas y ("Plaintiffs') and Defendant Nationstar Mortgage LLC ("Nationstar") hereby respectfully submit this Stipulation and Proposed Order Granting Extension of Tile to Respond to Initial Complaint for the good cause stated herein. This Stipulation is made by and between Plaintiffs, in pro per and Nationstar's attorney of record, pursuant to Local Rule 144(A), and in light of the following facts:

WHEREAS, on or about March 21, 2018, Plaintiffs filed a Complaint in this Court;

////

– 1 –
STIPULATION AND ORDER

WHEREAS, Nationstar was served with the Complaint on March 26, 2018, 2018;

WHEREAS, the Parties have stipulated to extend Nationstar's time to respond to the Complaint by an additional twenty eight (28) days;

WHEREAS, this is Nationstar's first request for an extension of time to respond to the initial Complaint;

WHEREAS, pursuant to Local Rule 144(a) of the Eastern District of California, Nationstar's response to the Complaint is extended to and including May 14, 2018;

WHEREAS, the Parties state pursuant to Local Rule 144(a) that no prior extensions of time have been obtained for Nationstar to respond to the complaint;

NOW THEREFORE, the Parties agree that Nationstar shall have twenty eight (28) additional days to respond to the Complaint, making its response to the Complaint due on or before May 14, 2018.

///

///

///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS SO STIPULATED

DATED 04/20/2018              REED SMITH LLP

                              By  */s/ Raffi Kassabian*
                                  Abraham J. Colman
                                  Raffi L. Kassabian
                                  Attorneys for Defendant Nationstar
                                  Mortgage LLC

                              KEITH J. PONTHIEUX, in pro per

                              By  */s/ Keith J. Ponthieux*
                                  Keith J. Ponthieux

                              CHRIS DUENAS, in pro per

                              By  */s/ Chris Duenas*
                                  Chris Duenas

                              MARIA DUENAS, in pro per

                              By  */s/ Maria Duenas*
                                  Maria Duenas

## ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

DATED: April 24, 2018          /s/ DEBORAH BARNES
                               UNITED STATES MAGISTRATE JUDGE