UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH J. PONTHIEUX, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC; AZTEC FORECLOSURE CORPORATION, <br><br> Defendants. | No. 2:18-cv-0608 JAM DB PS <br><br><br> ORDER |

Plaintiffs, Keith J. Ponthieux, Chris Duenas, and Maria Duenas, are proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On August 3, 2018, this action came before the undersigned for hearing of defendant Nationstar Mortgage, LLC's motion to dismiss. (ECF No. 18.) Plaintiff Keith J. Ponthieux appeared telephonically on his own behalf. No appearance was made by, or on behalf of, plaintiff Chris Duenas or plaintiff Maria Duenas. Attorney Mark Ketcherside appeared on behalf of defendant Aztec Foreclosure Corporation.

However, no appearance was made on behalf of the moving party, Nationstar Mortgage LLC. Pursuant to Local Rule 230(i), a party's "failure to appear may be deemed withdrawal of the motion[.]" Accordingly, defendant's motion to dismiss is deemed withdrawn without

prejudice to renewal.  If defendant Nationstar Mortgage LLC elects to renew its motion to dismiss, defendant's renewed motion to dismiss shall address <u>Dowers v. Nationstar Mortgage, LLC</u>, 852 F.3d 964 (9th Cir. 2017), which held that 16 U.S.C. § 1692f(6) "regulates nonjudicial foreclosure activity."  (<u>Id.</u> at 971.)  The opinion in <u>Dowers v. Nationstar Mortgage, LLC</u>, was not addressed in the original motion to dismiss filed by Nationstar Mortgage LLC in this action.  Moreover, if defendant Nationstar Mortgage LLC files a renewed motion to dismiss, all parties shall ensure their appearance at the hearing of that motion.[1]

Accordingly, IT IS HEREBY ORDERED that defendant Nationstar Mortgage LLC's June 18, 2018 motion to dismiss (ECF No. 12) is deemed withdrawn, without prejudice to renewal, in light of defendant's failure to appear at the August 3, 2018 hearing.

Dated:  August 3, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/ponthieux0608.oah.080318

---

[1] In this regard, plaintiff Chris Duenas and plaintiff Maria Duenas are advised that they each must appear at any future hearing of a motion.  The failure of any party to appear at a future hearing of a motion may be deemed a withdrawal of opposition to granting the motion as to that party.