UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH J. PONTHIEUX, et al., | No. 2:18-cv-0608 JAM DB PS |
| Plaintiffs, | |
| v. | ORDER |
| NATIONSTAR MORTGAGE, LLC; AZTEC FORECLOSURE CORPORATION, | |
| Defendants. | |

     Plaintiffs are proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

     On January 21, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed January 21, 2021 (ECF No. 64) are adopted in full;

2. Defendants' April 21, 2020 motion to dismiss (ECF No. 55) is granted as to the third amended complaint's IIED claim;

3. The third amended complaint's IIED claim is dismissed without further leave to amend;

4. Defendants' motion to dismiss is denied in all other respects; and

5. Defendants are ordered to file an answer within fourteen days of the date of this order.

DATED: March 19, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE