**TROUTMAN PEPPER**
**HAMILTON SANDERS LLP**
Justin D. Balser, Bar No. 213478
justin.balser@troutman.com
Katalina Baumann, Bar No. 278606
katalina.baumann@troutman.com
5 Park Plaza, Suite 1400
Irvine, California 92614-2545
Telephone:   949.622.2700
Facsimile:    949.622.2739

Attorneys for Defendant
NATIONSTAR MORTGAGE LLC d/b/a/ MR. COOPER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH J. PONTHIEUX, CHRIS DUENAS and MARIA DUENAS, <br><br> Plaintiff, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC; AZTEC FORECLOSURE CORPORATION; and DOES 1 - 10 Inclusive, <br><br> Defendants. | No.  2:18-cv-0608 JAM DB PS <br><br> **STIPULATION TO EXTEND PRETRIAL MOTION DEADLINE; AND ORDER** |

Plaintiffs Keith J. Ponthieux, Chris Duenas and Maria Duenas and defendants Nationstar Mortgage LLC d/b/a Mr. Cooper and Aztec Foreclosure Corporation stipulate as follows:

WHEREAS, the Court entered the Status & Pretrial Scheduling Order on May 25, 2021 (Dkt. 76);

WHEREAS, the Status & Pretrial and Scheduling Order set the deadline of March 4, 2022 for any pretrial law and motion deadline (Dkt. 76);

WHEREAS, in mid-December 2021, Nationstar's counsel along with her family, were sick

1  with COVID-19, and due to the unanticipated complications caused by the virus, she is just
2  recovering;
3  WHEREAS, due to this circumstance, the parties have agreed to continue the March 4, 2022
4  pretrial motion deadline by two weeks to March 18, 2022;
5  NOW, THEREFORE, the parties hereby stipulate to continue the March 4, 2022 pretrial
6  motion deadline by two weeks to March 18, 2022.
7  **IT IS SO STIPULATED.**

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

| | |
|---|---|
| Dated: February 3, 2022 | By: */s/ Keith J. Ponthieux* <br> Keith J. Ponthieux, Plaintiff |
| Dated: February 3, 2022 | By: */s/ Chris Duenas* <br> Chris Duenas, Plaintiff |
| Dated: February 3, 2022 | By: */s/ Maria Duenas* <br> Maria Duenas, Plaintiff |
| Dated: February 3, 2022 | **TROUTMAN PEPPER** <br> **HAMILTON SANDERS LLP** <br><br> By: */s/ Katalina Baumann* <br> Justin D. Balser <br> Katalina Baumann <br><br> Attorneys for Defendant <br> NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER |
| **Dated: February 3, 2022** | **LAW OFFICE OF EDWARD T. WEBER** <br><br> By: */s/ Edward Weber* <br> Edward Weber <br><br> Attorneys for Defendant <br> AZTEC FORECLOSURE CORPORATION |

- 3 -
**STIPULATION TO EXTEND PRETRIAL MOTION DEADLINE**

123517929

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: February 7, 2022                /s/ DEBORAH BARNES
                                       UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND PRETRIAL MOTION DEADLINE**