UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH J. PONTHIEUX, et al., | No. 2:18-cv-00608-TLN-DB |
| Plaintiffs, | |
| v. | **ORDER** |
| NATIONSTAR MORTGAGE, LLC; AZTEC FORECLOSURE CORPORATION, | |
| Defendants. | |

Plaintiffs are proceeding *pro se* with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 10, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. (ECF No. 105.) The time for filing objections has expired, and Plaintiffs have filed objections to the findings and recommendations. (ECF No. 106.) Defendant Nationstar Mortgage, LLC ("Nationstar") filed a response to Plaintiffs' objections. (ECF No. 107.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 10, 2022 (ECF No. 105) are ADOPTED in full;

2. Defendant Nationstar's February 18, 2022 Motion for Summary Judgment (ECF No. 91) is GRANTED;

3. Plaintiffs' February 24, 2022 Motion for Summary Judgment (ECF No. 92) is DENIED;

4. Judgment is entered for Defendants Nationstar and Aztec Foreclosure Corporation; and

5. This action is closed.

**DATED:  September 26, 2022**

Troy L. Nunley
United States District Judge